Order Filed on September 29, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

STEVEN P. KELLY, ESQUIRE
STERN & EISENBERG, PC
1040 N. KINGS HIGHWAY, SUITE 407
CHERRY HILL, NEW JERSEY 08034
TELEPHONE: (609) 397-9200
FACSIMILE: (856) 667-1456
(COUNSEL FOR MOVANT)

In Re:

Douglas L. Walters

Debtors

Case Number: 15-30707-KCF

Chapter 13

Hearing:   September 28, 2016
Judge:     Kathryn C. Ferguson

## ORDER APPROVING STIPULATION/CONSENT ORDER

The relief set forth on the following pages, numbered two (2) through (3) is hereby **ORDERED**.

DATED: September 29, 2016

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

CH 13 OBJECTION TO PLAN

(page 2)
Debtor: Douglas L. Walters
Case Number: 15-30707-KCF
Caption of Order: Order Settling/Resolving Objection to Confirmation of Chapter 13 Plan.

---

Upon the Objection of U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, by Caliber Home Loans, Inc., as its attorney in fact, by and through its counsel of record, Stern & Eisenberg, P.C., attorneys for secured creditor, under the Bankruptcy Code, as to certain real property located at 319 Brinton Avenue, Trenton, New Jersey 08618 ("Property"), and the parties agreeing to the entry of the Order settling the Objection and for cause shown, it is hereby **ORDERED** and **DECREED** as follows:

1. U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, by Caliber Home Loans, Inc., as its attorney in fact filed an Objection to Confirmation of the Chapter 13 Plan on February 18, 2016;

2. Debtor filed a Motion to Determine Value of Property with regard to the real property located at 319 Brinton Avenue, Trenton, New Jersey 08618 on August 1, 2016;

3. Creditor filed a Certification in Opposition to the Motion to Determine Value of Property on August 16, 2016;

4. The parties hereby resolve the Motion to Determine Value of Property and Objection to Confirmation of the Chapter 13 Plan, as follows:

    a. The parties hereby agree to a value of $35,000.00, as to Creditor's mortgage interest on the real property based upon an appraisal completed by the Debtor;

    b. The parties hereby agree to an annual interest rate of five (5%) percent;

    c. Creditor's claim shall hereby be amended to $39,629.40, which shall account for the agreed upon value and annual interest rate over the course of Debtor's Chapter 13 bankruptcy;

    d. The Chapter 13 Standing Trustee, from funds received shall, therefore, tender a monthly payment of $660.49, for a period of sixty (60) months; and

    e. Debtor shall pay in full and satisfaction the claim of Creditor under the agreed upon terms of this Consent Order.

CH 13 OBJECTION TO PLAN

5. The parties hereby agree and acknowledge that, in the event that the Debtor's case is dismissed and/or converted to a Chapter 7, then the terms and conditions contained within this Consent Order are hereby null and void.

6. Facsimile signatures shall be as valid as original signatures and this Consent Order/Stipulation may be signed in counterparts.

The parties hereby agree to the terms of this Order and that facsimile and/or electronic signatures shall be as valid and binding as original signatures.

/s/ Steven P. Kelly, Esquire
Steven P. Kelly, Esquire
Counsel for Creditor
skelly@sterneisenberg.com
Stern & Eisenberg, PC
1581 Main Street, Suite 200
Warrington, PA 18976
Telephone: (215) 572-8111
Fax: (215) 572-5025:

Robert C. Nisenson, Esquire
Counsel for Debtor
rnisenson@aol.com
Robert C. Nisenson, LLC
10 Auer Court, Suite E
East Brunswick, NJ 08816
Telephone: (732) 238-8777
Fax: (732) 238-8758