Order Filed on October 31, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

769245
**PHELAN HALLINAN DIAMOND & JONES, PC**
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
**Attorneys for Secured Creditor: DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**In Re:**

DOUGLAS WALTERS

Case No: 15-30707 - KCF

Hearing Date: 08/24/2016

Judge: Kathryn C. Ferguson

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The consent order set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: October 31, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**NJID 769245**
**PHELAN HALLINAN DIAMOND & JONES, PC**
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
**Attorneys for DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

IN RE:
DOUGLAS WALTERS

Debtor

CASE NO. 15-30707 - KCF

CHAPTER 13

CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

HEARING DATE: 08/24/2016

**This Consent Order pertains to the property located at 810 Dayton Street, Trenton, NJ 08610-6218, mortgage account ending with "5801";**

**THIS MATTER** having been brought before the Court by Robert C. Nisenson, Esquire attorney for debtor, Douglas Walters, upon the filing of a Chapter 13 Plan, DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC (hereinafter "Ditech") by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

**IT IS on the day of , 2016, ORDERED as follows:**

1. This stipulation will provide that the value of the real property commonly known as **810 Dayton Street, Trenton, NJ 08610-6218**, is hereby reduced to $35,000.00;

2. The debtor agrees to pay off the entire amount of $35,000.00 during the pendency of the within bankruptcy case at 5% interest rate;

3. The debtor further agrees to cure the escrow disbursement(s) in the amount of $5,085.33 for a total amount of $45,387.60;

4. The debtor further agrees to make direct payments towards taxes and insurance, associated with the subject property;

5. The parties agree that the crammed down portion of Ditech's claim in the amount of $65,336.81, shall be treated as an unsecured claim and paid with the unsecured creditors

6. Should the within case be dismissed for any reason prior to the successful Ch13 Discharge, Ditech's secured claim shall be immediately reinstated to reflect total debt on the subject property in the amount of $100,336.81;

7. The parties agree that if the property is sold at anytime during the pendency of this bankruptcy case that any excess income received above the agreed $45,387.60 shall be paid to Dietch.

8. This Consent Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

9. Entire Agreement. This Consent Order contains or expressly incorporates by reference the entire agreement of the parties and supersedes all prior negotiations. This Agreement shall not be modified or amended except by a written instrument executed by all parties.

The undersigned hereby consent to the form,
Content and entry of the within Order:

**PHELAN HALLINAN DIAMOND & JONES, PC**
Attorneys for Secured Creditor:
**DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC**

/s/ Andrew Spivack
Andrew Spivack, Esq.
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel: 856-813-5500 Ext. 31566
Fax: 856-813-5501
Email: andrew.spivack@phelanhallinan.com

Dated: 10/27/2016

/s/ Robert C. Nisenson
Robert C. Nisenson, Esquire
Attorney for debtor

Dated: 10/27/2016