769252
**Phelan Hallinan Diamond & Jones, PC**
400 Fellowship Road
Mt. Laurel, NJ 08054
856-813-5500
**Attorneys for Secured Creditor:** U.S. Bank National Association, Not In Its Individual Capacity But Solely As Trustee Of Ows Remic Trust 2015-1

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

| In Re: | Case No: 15-30707 |
|---|---|
| DOUGLAS L. WALTERS | Hearing Date:  n/a |
| | Judge:  Kathryn C. Ferguson |

Order Filed on November 4, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## CONSENT ORDER ALLOWING LATE PROOF OF CLAIM

The consent order set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: November 4, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

769252
**Phelan Hallinan Diamond & Jones, PC**
400 Fellowship Road
Mt. Laurel, NJ 08054
856-813-5500
**Attorneys for U.S. Bank National Association, Not In Its Individual Capacity But Solely As Trustee Of Ows Remic Trust 2015-1**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

IN RE:

               CASE NO. 15-30707

DOUGLAS L. WALTERS        CHAPTER 13

               CONSENT ORDER ALLOWING
               LATE PROOF OF CLAIM

               HEARING DATE: N/A

      **This Consent Order pertains to the property located at 618 Indiana Avenue, Trenton, NJ 08638-3822, mortgage account ending with "4538";**

      **THIS MATTER** having been brought before the Court by Nicholas V. Rogers, Esq., attorney for U.S. Bank National Association, Not In Its Individual Capacity But Solely As Trustee Of Ows Remic Trust 2015-1, having filed Secured Proof Of Claim on behalf of movants after Proof of Claim bar date and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

      **IT IS** on the _____ day of _____, 2016, ORDERED as follows:

1. The Trustee is authorized to pay the late filed claim of Creditor, U.S. Bank National Association, Not In Its Individual Capacity But Solely As Trustee Of Ows Remic Trust 2015-1, listed on the Claims Register as **Claim # 8-1**, in the amount of **$60,380.89**;

2. Debtor agrees to pay U.S. Bank National Association, Not In Its Individual Capacity But Solely As Trustee Of Ows Remic Trust 2015-1 Proof of Claim in the amount of **$60,380.89** (**Claim # 8-1**) which was filed after Proof of Claim bar date.

3. The debtor's plan is hereby amended to allow **$60,380.89** to be paid to U.S. Bank National Association, Not In Its Individual Capacity But Solely As Trustee Of Ows Remic Trust 2015-1.

4.   Debtors acknowledge that the monthly post-petition mortgage payment amount is subject to change in accordance with the terms of the note and mortgage.

5.   This Consent Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

**Phelan Hallinan Diamond & Jones, PC**
Attorneys for Secured Creditor:
**U.S. Bank National Association, Not In Its Individual Capacity But Solely As Trustee Of Ows Remic Trust 2015-1**

/s/ Nicholas V. Rogers
Nicholas V. Rogers, Esq.
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel: 856-813-5500 Ext. 42689
Fax: 856-813-5501
Email: nicholas.rogers@phelanhallinan.com

Dated:  November 3, 2016

/s/ Robert C Nisenson                             Dated: November 3, 2016
Robert C Nisenson, Esquire
Attorney for debtors