UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Ditech Financial LLC

Order Filed on December 2, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
    Douglas L. Walters,

Debtor.

Case No.: 15-30707 MBK

Adv. No.:

Hearing Date: 10/9/19 @ 9:00 a.m.

Judge: Michael B. Kaplan

# ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: December 2, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Douglas L. Walters
Case No:  15-30707 MBK
Caption of Order:  ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

_____

      This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Ditech Financial LLC, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 810 Dayton Street, Trenton, NJ, 08610, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of Douglas Walters, pro se Debtor, and for good cause having been shown

      It is **ORDERED, ADJUDGED and DECREED** that as of November 12, 2019 Debtor is in arrears to Secured Creditor for escrow advances plus $181.00 for the filing cost of the motion for relief for a total of $10,448.78; and

      It is further **ORDERED, ADJUDGED and DECREED** that the balance of the disbursements in the amount of $10,448.78 will be paid by Debtor remitting $350.00 per month for ten months. Payments shall begin on January 1, 2020 and continue for a period of ten months; and

      It is further **ORDERED, ADJUDGED and DECREED** that the remainder of the arrears in the amount of $6,948.78 will be paid by November 1, 2020; and

      It is further **ORDERED, ADJUDGED and DECREED** that if the escrow deficiency is not paid off prior to the entry of discharge, any amounts outstanding shall be excepted from discharge, and

      It is further **ORDERED, ADJUDGED and DECREED** that payments are to be made directly to Secured Creditor's servicer, Ditech Financial, P.O. Box 0049, Palatine, IL 60055-0049; and

      It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.