| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 15-30707 / MBK**

| | |
|---|---|
| Douglas L. Walters | Petition Filed Date: 11/03/2015 |
| 2 Trestle Way | 341 Hearing Date: 12/03/2015 |
| Dayton   NJ    08810 | Confirmation Date: 10/26/2016 |

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2019 | $500.00 | ePay | 01/07/2019 | $2,600.00 | ePay | 01/09/2019 | $500.00 | ePay |
| 01/15/2019 | $2,100.00 | ePay | 01/17/2019 | $1,300.00 | ePay | 01/28/2019 | $2,100.00 | ePay |
| 02/01/2019 | $5,040.00 | ePay | 02/08/2019 | $700.00 | ePay | 03/25/2019 | $3,000.00 | ePay |
| 03/28/2019 | $1,500.00 | ePay | 04/15/2019 | $1,200.00 | ePay | 04/29/2019 | $710.00 | ePay |
| 05/09/2019 | $1,100.00 | ePay | 05/22/2019 | $1,300.00 | ePay | 05/29/2019 | $500.00 | ePay |
| 05/30/2019 | $700.00 | ePay | 05/31/2019 | $3,700.00 | ePay | 06/04/2019 | $1,000.00 | ePay |
| 06/05/2019 | $500.00 | ePay | 06/12/2019 | $1,000.00 | ePay | 06/13/2019 | $1,000.00 | ePay |
| 07/03/2019 | $1,800.00 | ePay | 07/03/2019 | $900.00 | ePay | 07/09/2019 | $1,300.00 | ePay |
| 07/09/2019 | $2,380.00 | ePay | 07/24/2019 | $1,600.00 | ePay | 08/15/2019 | $900.00 | ePay |
| 08/23/2019 | $1,000.00 | ePay | 08/27/2019 | $1,340.00 | ePay | 09/26/2019 | $5,040.00 | ePay |
| 10/08/2019 | $1,200.00 | ePay | 11/12/2019 | $1,900.00 | ePay | 12/03/2019 | $3,500.00 | ePay |
| 12/11/2019 | $950.00 | ePay | 12/12/2019 | $800.00 | ePay | 12/31/2019 | $3,117.00 | ePay |

**Total Receipts for Period: $59,777.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $182,630.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | Douglas L. Walters | Debtor Refund | $0.00 | $0.00 | $0.00 |
| | ROBERT C NISENSON ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |
| 1 | CAVALRY SPV I, LLC<br>»»  HSBC | Unsecured Creditors | $2,747.32 | $0.00 | $2,747.32 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $426.43 | $0.00 | $426.43 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $387.25 | $0.00 | $387.25 |
| 4 | MIDLAND CREDIT  AS AGENT FOR<br>»»  CREDIT ONE | Unsecured Creditors | $759.03 | $0.00 | $759.03 |
| 5 | CALIBER HOME LOANS, INC.<br>»»  NP/319 BRINTON AVE/US BANK-LSF9/ORDER 9/29/16 | Mortgage Arrears | $39,629.40 | $25,999.14 | $13,630.26 |
| 6 | NEW RESIDENTIAL MORTGAGE, LLC<br>»»  NP/810 DAYTON STREET/CRAM ORDER 10/31/16/DITECH | Mortgage Arrears | $45,387.60 | $29,776.85 | $15,610.75 |
| 7 | Lauren Lupica | Support Arrears | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 8 | CALIBER HOME LOANS, INC.<br>»» P/2 TRESTLE WAY/1ST MTG/US BANK/CONS ORD 6/21/16 | Mortgage Arrears | $166,040.64 | $92,013.00 | $74,027.64 |
| 9 | GOLDMAN SACHS MORTGAGE COMPANY<br>»» NP/618 INDIANA AVE/1ST MTG/US BANK-OWS REMIC/CRAM/ORDER 10/21/16/SENECA/NATIONSTAR | Mortgage Arrears<br>No Disbursements: Paid outside | $12,323.17 | $12,323.17 | $0.00 |
| 10 | NEW RESIDENTIAL MORTGAGE, LLC<br>»» NP/810 DAYTON ST/CRAM BALANCE/ORDER 10/31/16/DITECH | Unsecured Creditors | $54,949.21 | $0.00 | $54,949.21 |
| 11 | CITY OF TRENTON<br>»» WATER | Secured Creditors<br>No Disbursements: Removed From Plan | $0.00 | $0.00 | $0.00 |
| 12 | CALIBER HOME LOANS, INC.<br>»» NP/319 BRINTON AVE/US BANK-LSF9/CLM AMD NO CRAM BAL | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | GOLDMAN SACHS MORTGAGE COMPANY<br>»» NP/618 INDIANA AVE/1ST MTG/US BANK-OWS REMIC/CRAM BAL/ORDER 10/21/16/SENECA/NATIONSTAR | Unsecured Creditors | $82,568.51 | $0.00 | $82,568.51 |
| | PRO SE | Attorney Fees | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/7/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $182,630.00 | Plan Balance: | $113,349.00 ** |
| Paid to Claims: | $163,112.16 | Current Monthly Payment: | $5,040.00 |
| Paid to Trustee: | $11,249.36 | Arrearages: | $9,676.00 |
| Funds on Hand: | $8,268.48 | Total Plan Base: | $295,979.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

- View your case information online for *FREE*! Register today at **www.ndc.org**.

**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**