**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Douglas L. Walters | Social Security number or ITIN xxx–xx–2687 |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN _ _ _ _ <br> EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 15–30707–MBK | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Douglas L. Walters

<u>6/4/21</u>

**By the court:** <u>Michael B. Kaplan</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 15-30707-MBK
Douglas L. Walters  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 4
Date Rcvd: Jun 04, 2021     Form ID: 3180W     Total Noticed: 55

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Douglas L. Walters, 2 Trestle Way, Dayton, NJ 08810-1524 |
| aty | + | Robertson Anschutz & Schneid, PI, 6409 Congress Ave,, Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | CALIBER HOME LOANS, INC. AS SERVICER FOR U.S. BANK, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LL, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | DITECH FINANCIAL LLC, AS AUTHORIZED SERVICER FOR F, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | Nationstar Mortgage LLC, 1040 North Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |
| cr | + | OCWEN LOAN SERVICING LLC, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| lm | + | Ocwen Loan Servicing, 12650 Ingenuity Drive, Orlando, FL 32826-2703 |
| cr | + | SENECA MORTGAGE SERVICING AS SERVICER FOR U.S. BAN, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo LLP, 135 Franklin Avenue, Suite 160, Garden City, NY 11530 |
| cr | + | Trenton, City of, City of Trenton, 319 East State Street, Rm. 108, Trenton, NJ 08608-1809 |
| cr | + | U.S Bank Trust, N.A., Stern & Eisenberg, PC, 1040 North Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVID, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION,not in its individu, Stern & Eisenberg, PC, 1040 N. Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |
| cr | + | U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 515831147 | + | Calvary Services, C/O Schachter, 3490 Us Rt 1, Princeton, NJ 08540-5920 |
| 515831150 | | Dip N Do Paint Store, 1900 Rt 27, Kendall Park, NJ 08852 |
| 516031530 | | Ditech Financial LLC F/K/A Green Tree Servicing LL, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 515831153 | | GMAC Mortgage, C/O Fia Card Services, P.O Box 15026, DE 18886 |
| 518599612 | + | Goldman Sachs Mortgage Company, C/O SPS, PO BOX 65250, Salt Lake City, UT 84165-0250 |
| 518599613 | + | Goldman Sachs Mortgage Company, C/O SPS, PO BOX 65250, Salt Lake City, UT 84165, Goldman Sachs Mortgage Company C/O SPS 84165-0250 |
| 515831154 | + | Green Tree, P.O. Box 6172, Rapid City, SD 57709-6172 |
| 515831155 | + | H & E Telephone Fcu, 201 W Passaic St #304, Rochelle Park, NJ 07662-3126 |
| 519215348 | + | LSF9 Master Participation Trust, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519215349 | + | LSF9 Master Participation Trust, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, LSF9 Master Participation Trust Serviced by Select Portfolio Servicing, |
| 516222420 | + | Lauren Lupica, 114 Andover, Kendall Park, NJ 08824-7025 |
| 515831157 | | Middlesex Cty Prob, Admin Office Of Th, Trenton, NJ 08625 |
| 518651892 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518651893 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826, New Residential Mortgage LLC, P.O. Box 10826 Greenville, SC 29603-0826 |
| 515831160 | + | Ocwen Loan Servicing L, 12650 Ingenuity Dr, Orlando, FL 32826-2703 |
| 515842613 | + | Robertson, Anschutz & Schneid, P.L., Bankruptcy Department, 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| 515831163 | + | Summit Bank, 90 Nassau St #1, Princeton, NJ 08542-4529 |
| 515831164 | + | T Mobile, C/O Superiopr Asset Mngt, P.O Box 4339, Ft. Walton Beach, FL 32549-4339 |
| 517126676 | | U.S. BANK NATIONAL ASSOCIATION ET AL., Selene Finance LP, Attention Customer Service Department, P.O. Box 422039, Houston,TX 77242-4239 |
| 517126677 | + | U.S. BANK NATIONAL ASSOCIATION ET AL., Selene Finance LP, Attention Customer Service Department, P.O. Box 422039, Houston,TX 77242-4239 U.S. BANK NATIONAL ASSOCIATION ET AL. 77242-4239 |
| 516173921 | + | U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS et.al., SENECA MORTGAGE SERVICING, 611 JAMISON ROAD, ELMA NY |

| Recip ID | | Notice Type / Address |
|---|---|---|
| | | 14059-9392 |
| 516644814 | + | U.S. BANK NATIONAL ASSOCIATION,NOT IN ITS, Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9096 |
| 516644815 | + | U.S. BANK NATIONAL ASSOCIATION,NOT IN ITS, Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741, U.S. BANK NATIONAL ASSOCIATION,NOT IN IT Nationstar Mortgage LLC 75261-9096 |
| 515831165 | + | Work Out World, C/O Ragan & Ragan, 3100 Route 138 West, Wall, NJ 07719-9020 |

TOTAL: 39

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 04 2021 21:15:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 04 2021 21:15:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 515831146 | | EDI: BANKAMER.COM | Jun 05 2021 00:23:00 | Bk Of Amer, Po Box 982235, El Paso, TX 79998 |
| 515831148 | | EDI: CAPITALONE.COM | Jun 05 2021 00:23:00 | Capital One Bank Usa N, Po Box 85520, Richmond, VA 23285 |
| 515862032 | | EDI: CAPITALONE.COM | Jun 05 2021 00:23:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 515860094 | + | Email/Text: bankruptcy@cavps.com | Jun 04 2021 21:16:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 515831149 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 04 2021 21:10:54 | Credit One, Po Box 60500, City Of Industry, CA 91716-0500 |
| 515831152 | + | EDI: FORD.COM | Jun 05 2021 00:23:00 | Ford Motor Credit, P.O Box 542000, Omaha, NE 68154-8000 |
| 515831156 | + | Email/Text: bk-notification@sps-law.com | Jun 04 2021 21:14:00 | HSBC, C/O Schachtner Portnoy Llc, 3490 U.S Rt 1, Princeton, NJ 08540-5920 |
| 515831158 | + | EDI: MID8.COM | Jun 05 2021 00:23:00 | Midland, 8875 Aero Drive, Sandiego, CA 92123-2255 |
| 515960232 | + | EDI: MID8.COM | Jun 05 2021 00:23:00 | Midland Credit Management, Inc. as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 515831159 | + | EDI: MID8.COM | Jun 05 2021 00:23:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 515831162 | + | EDI: HFC.COM | Jun 05 2021 00:23:00 | Orchard Bank, P.O Box 80084, Salinas, CA 93912-0084 |
| 516017258 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jun 04 2021 21:17:00 | U.S Bank Trust, N.A., et al, c/o Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 518920274 | + | Email/Text: bknotices@snsc.com | Jun 04 2021 21:17:00 | U.S. Bank Trust National Association, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 518920275 | + | Email/Text: bknotices@snsc.com | Jun 04 2021 21:17:00 | U.S. Bank Trust National Association, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501, U.S. Bank Trust National Association, c/o SN Servicing Corporation 95501-0305 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID　　　Bypass Reason　Name and Address**

| | | |
|---|---|---|
| 519225887 | | U.S. Bank Trust National Association, not, in its individual capacity, but, solely as, Trustee of LSF9 Master Participation Tru |
| 519225888 | | U.S. Bank Trust National Association, not, in its individual capacity, but, solely as, Trustee of LSF9 Master Participation Tru, U.S. Bank Trust National Association, no, in its individual capacity, but |
| cr | *+ | U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 515831161 | *+ | Ocwen Loan Servicing L, 12650 Ingenuity Dr., Orlando, FL 32826-2703 |
| 515831151 | ##+ | Ditech Financial Llc, Po Box 6172, Rapid City, SD 57709-6172 |

TOTAL: 2 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2021          Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Goldman Sachs Mortgage Company dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| James Patrick Shay | on behalf of Creditor DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC shay@bbs-law.com jpshay@gmail.com |
| James Patrick Shay | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF OWS REMIC TRUST 2015-1 shay@bbs-law.com, jpshay@gmail.com |
| Jeanette F. Frankenberg | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF OWS REMIC TRUST 2015-1 cmecf@sternlav.com |
| Jerome B. Blank | on behalf of Creditor CALIBER HOME LOANS INC. AS SERVICER FOR U.S. BANK, TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com |
| John D. Krohn | on behalf of Creditor DITECH FINANCIAL LLC AS AUTHORIZED SERVICER FOR FANNIE MAE, AS OWNER AND HOLDER OF ACCOUNT/CONTRACT ORIGINATED BY GMAC MORTGAGE, LLC DBA DITECH nj.bkecf@fedphe.com |
| John D. Krohn | on behalf of Creditor U.S. BANK TRUST N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com |
| John D. Krohn | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF OWS REMIC TRUST 2015-1 nj.bkecf@fedphe.com |
| Jonathan C. Schwalb | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the BKPL Series I Trust bankruptcy@friedmanvartolo.com |

Joseph Gunnar Devine, Jr
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION not in its individual capacity but soely as Trustee of OWS REMIC Trust 2015-1 jdevine@tmppllc.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com

Keith A. Bonchi
    on behalf of Creditor Trenton City of keith@gmslaw.com

Kevin Gordon McDonald
    on behalf of Creditor Goldman Sachs Mortgage Company kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com

Kevin M. Buttery
    on behalf of Creditor U.S. BANK TRUST N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST kbuttery@moodklaw.com

Laura M. Egerman
    on behalf of Creditor New Residential Mortgage LLC bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com

Michael Frederick Dingerdissen
    on behalf of Creditor U.S. BANK TRUST N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com

Michael Frederick Dingerdissen
    on behalf of Creditor DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC nj.bkecf@fedphe.com

Nicholas V. Rogers
    on behalf of Creditor OCWEN LOAN SERVICING LLC nj.bkecf@fedphe.com

Nicholas V. Rogers
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF OWS REMIC TRUST 2015-1 nj.bkecf@fedphe.com

Patrick O. Lacsina
    on behalf of Creditor Ocwen Loan Servicing LLC , PATRICK.LACSINA@GMAIL.COM

Phillip Andrew Raymond
    on behalf of Creditor U.S. BANK TRUST N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

R. A. Lebron
    on behalf of Creditor U.S. BANK TRUST N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT bankruptcy@fskslaw.com

Rebecca Ann Solarz
    on behalf of Creditor Ditech Financial LLC rsolarz@kmllawgroup.com

Sindi Mncina
    on behalf of Creditor U.S Bank Trust N.A. smncina@raslg.com

Sindi Mncina
    on behalf of Creditor U.S. BANK TRUST N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST smncina@raslg.com

Steven Eisenberg
    on behalf of Creditor U.S. BANK TRUST N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

Steven Eisenberg
    on behalf of Creditor U.S Bank Trust N.A. bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

Steven P. Kelly
    on behalf of Creditor U.S. BANK TRUST N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST skelly@sterneisenberg.com, bkecf@sterneisenberg.com

Steven P. Kelly
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION not in its individual capacity but soely as Trustee of OWS REMIC Trust 2015-1 skelly@sterneisenberg.com, bkecf@sterneisenberg.com

Steven P. Kelly
    on behalf of Creditor Nationstar Mortgage LLC skelly@sterneisenberg.com bkecf@sterneisenberg.com

Steven P. Kelly
    on behalf of Creditor CALIBER HOME LOANS INC. AS SERVICER FOR U.S. BANK, TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST skelly@sterneisenberg.com, bkecf@sterneisenberg.com

TOTAL: 33